```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Weston J. Stow

    v.                                    Civil No. 18-cv-768-JL

Anne Davis, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 14, 2019.

_____
Joseph N. Laplante
United States District Judge

Date: December 9, 2019

cc: Weston J. Stow, pro se